UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM E. WADE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CYNTHIA TAMPKINS,<br><br>　　　　　Respondent. | Case No. EDCV 13-2184 DMG(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), the filings and records herein, and the Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

///

///

///

///

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2 Report and Recommendation, and the Judgment herein on petitioner and counsel
3 for respondent.

4  LET JUDGMENT BE ENTERED ACCORDINGLY.

6 DATED: August 17, 2015

```
                              _____
                                    DOLLY M. GEE
                              UNITED STATES DISTRICT JUDGE
```