UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM E. WADE, | ) | Case No. EDCV 13-2184 DMG(JC) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| CYNTHIA TAMPKINS, | ) ) ) | |
| Respondent. | ) | |

    Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: August 17, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE